**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AARON KAPP, individually and as the representative of a class of similarly situated persons, <br><br>                 Plaintiff, <br><br>       v. <br><br> CULLIGAN INTERNATIONAL COMPANY, EASTERN WISCONSIN WATER CONDITIONING CO., CULLIGAN SOFT WATER SERVICE CO., and UNCO DATA SYSTEMS, INC. <br><br>                 Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br><br> No. 19-cv-00355 <br><br> Hon. Matthew F. Kennelly <br> Mag. Judge Susan E. Cox <br><br> **CLASS ACTION** <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL AS TO DEFENDANTS CULLIGAN**
**INTERNATIONAL COMPANY AND CULLIGAN SOFT WATER SERVICE CO.**

Plaintiff Aaron Kapp and all Defendants hereby stipulate under Federal Rule of Civil

Procedure 41(a)(1)(A)(ii) that Plaintiff's claims against Defendant Culligan International

Company and Defendant Culligan Soft Water Service Co. be dismissed without prejudice, with

each party to bear its own costs.

1018935\304939296.v1

Respectfully submitted,

By: /s/ David M. Oppenheim

Phillip A. Bock
David M. Oppenheim
Mara A. Baltabols
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
phil@classlawyers.com
david@classlawyers.com
mara@classlawyers.com

*Attorneys for Plaintiff Aaron Kapp*

By: /s/ Brandon S. Stein (with consent)

David M. Schultz
John P. Ryan
Brandon S. Stein
Hinshaw & Culbertson LLP
151 N. Franklin St., Suite 2500
Chicago, Illinois 60606
dschultz@hinshawlaw.com
jryan@hinshawlaw.com
bstein@hinshawlaw.com

*Attorneys for Defendants Eastern Wisconsin
Water Conditioning Co., Culligan Soft Water
Service Co., and Unco Data Systems Inc.*

By: /s/ Matthew J. Caccamo (with consent)

John S. Letchinger
Matthew J. Caccamo
BAKER & HOSTETLER LLP
191 North Wacker Drive, Suite 3100
Chicago, Illinois 60606
jletchinger@bakerlaw.com
mcaccamo@bakerlaw.com

*Attorneys for Defendant Culligan International
Company*

2

1018935\304939296.v1

**CERTIFICATE OF SERVICE**

I hereby certify that on January ▮▮, 2020, I electronically filed the foregoing with the Clerk of the Court for Northern District of Illinois, Eastern Division, by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


/s/ David M. Oppenheim
One of Plaintiff's Attorneys

3                                                                        1018935\304939296.v1