

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**     **312-435-5670**
**Clerk**

Date: 2/20/20

Re: Kapp v. Culligan International Company et al

USDC Case Number: 19cv355

Dear Clerk:

Pursuant to the order entered by Honorable Matthew F. Kennelly, on 01/08/2020, the above record was

    x    electronically transmitted to Eastern District of Wisconsin

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely,
Thomas G. Bruton, Clerk

By:    /s/ A. Ellis
         Deputy Clerk

New Case No. _____     Date _____

cc:     Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016